# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LUNA, | Case No.: 1:16-cv-00313-LJO-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW REQUEST FOR A 14-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |
| v. | |
| DR. MOON, et al., | |
| Defendants. | [ECF No. 41] |

On June 13, 2018, Plaintiff filed a 14-day extension of time to respond to Defendants' first set of request for production of documents. (ECF No. 39). The Court granted that motion on June 14, 2018. (ECF No. 40.) Currently before the Court is Plaintiff's motion to withdraw his request. (ECF No. 41.)

Accordingly, Plaintiff's motion to withdraw is HEREBY GRANTED, and his request for an extension of time, filed on June 13, 2018, is deemed withdrawn.

IT IS SO ORDERED.

Dated: __**July 3, 2018**__

UNITED STATES MAGISTRATE JUDGE