# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LUNA,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. MOON, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00313-LJO-SAB (PC)<br><br>**AMENDED DISCOVERY AND SCHEDULING ORDER** |

    Edward Luna ("Plaintiff"), a state prisoner, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 12, 2019, the Court granted in part and denied in part Defendants' motion for summary judgment for failure to exhaust the administrative remedies. (ECF No. 60.)

    As a result of the ruling, this action is now proceeding on Plaintiff's claims against Defendants Ulit, Moon, and Wang regarding denial of pain medication and failure to refer him for treatment for his right arm, wrist, and shoulder pain beginning in February 2013. Because the deadlines set forth in the initial discovery and scheduling order were vacated, the Court hereby issues the amended discovery and scheduling order as follows:

    1.    The deadline for amending the pleadings is **April 16, 2019**;

    2.    The deadline for completion of all discovery, including filing motions to compel, is **July 17, 2019**;

1

3. The deadline for filing pretrial dispositive motions is **August 12, 2019**; and

4. <u>All other provisions of the Court's March 30, 2018, discovery and scheduling order remain in full force and effect</u>.

IT IS SO ORDERED.

Dated: **February 13, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

2