# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LUNA., <br> Plaintiff, <br> v. <br> DR. MOON, et al., <br> Defendants. | Case No. 1:16-cv-00313-LJO-SAB (PC) <br><br> ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER <br><br> (ECF No. 65) |

Plaintiff Edward Luna is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed on June 12, 2019. (ECF No. 65.) In their motion, Defendants request that the Court extend the current deadline to complete discovery by 60 days and extend the deadline to file a dispositive motion by at least 60 days from the new date on which discovery will close. Defendants assert that these extensions are necessary because, since Defendants' case was recently and unexpectedly reassigned to a new attorney, it will be very difficult, if not impossible, for Defendants to depose Plaintiff and file a dispositive motion before the current discovery and disposition motion deadlines.

The Court finds that Defendants have established good cause to modify the discovery and dispositive motion deadlines and that Plaintiff will not prejudiced by the modified deadlines, which

shall be equally applied to all parties, including Plaintiff.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order, (ECF No. 65), is GRANTED;
2. The deadline for completion of all discovery is extended to **September 23, 2019;**
3. The deadline for filing dispositive motions is extended to **November 25, 2019**; and
4. All other provisions set forth in the March 30, 2018 discovery and scheduling order, (ECF No. 33), and the February 13, 2019 amended discovery and scheduling order, (ECF No. 61), remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 14, 2019**

_____
UNITED STATES MAGISTRATE JUDGE