# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDWARD LUNA, | Case No. 1:16-cv-00313-LJO-SAB (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DR. MOON, et al., | (ECF No. 86) |
| Defendants. | **THIRTY-DAY DEADLINE** |

Edward Luna ("Plaintiff"), a state prisoner, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment, filed on December 23, 2019.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition.

IT IS SO ORDERED.

Dated: __December 27, 2019__

UNITED STATES MAGISTRATE JUDGE

1