# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LUNA,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. MOON, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00313-LJO-SAB (PC)<br><br>ORDER REQUIRING DEFENDANT TO LODGE COPY OF PLAINTIFF'S DEPOSITION<br><br>SEVEN DAY DEADLINE |

Edward Luna ("Plaintiff"), a state prisoner, is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the court is Defendants' motion for summary judgement, filed November 25, 2019. Plaintiff filed an opposition to the motion on January 21, 2020; and Defendants filed a reply on January 28, 2020. Briefing is complete and the matter has been submitted for decision without oral argument. L.R. 230(l).

Upon review of Defendants' motion for summary judgment, Defendants have submitted portions of Plaintiff's deposition testimony in support. Rule 133 of the Local Rules of the Eastern District of California provides that when a party files a document making reference to a deposition, counsel shall provide a courtesy copy of the entire deposition to the Clerk for use in chambers. L.R. 133(j). Pursuant to the rule, the copy of the deposition may be provided as a hard copy or emailed as an electronic copy to the judge or magistrate judge. L.R. 133(j). Defendants shall be required to comply with Rule 133 by providing a courtesy copy of Plaintiff's

1

deposition for the court's use.

Accordingly, IT IS HEREBY ORDERED that Defendants shall lodge either a hard copy or email an electronic copy of Plaintiff's deposition transcript to saborders@caed.uscourts.gov within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**March 26, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE