UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LUNA,<br><br>   Plaintiff,<br><br>  v.<br><br>DR. MOON, et al.,<br><br>   Defendants. | No. 1:16-cv-00313-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 79–84, 88–89, 90–92, 95) |

  Edward Luna ("plaintiff"), a state prisoner, is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 25, 2019, defendants Moon, Ulit, and Wang filed a motion for summary judgment which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On April 17, 2020, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion for summary judgment be granted.  (Doc. No. 95.)  The findings and recommendations were served on the parties and contained notice that any objections were to be filed within thirty days from the date of service.  (*Id.*)  Plaintiff was granted multiple extensions of time to file objections.  (Doc. Nos. 97, 99.)  On August 3, 2020, plaintiff was granted one final extension of time which ordered that his objections be filed within thirty days of that order.  (Doc. No. 104.)  That period for filing objections has now passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations, filed April 17, 2020, (Doc. No. 95), are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 79) is granted in its entirety;
3. Judgment is entered in favor of defendants Moon, Ulit, and Wang and against plaintiff Luna;
4. The Clerk of the Court is directed to assign this action to a district judge for the purpose of closing the action; and
5. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **October 23, 2020**

UNITED STATES DISTRICT JUDGE

2